UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH MENBRENO, individually and as successor-in-interest on behalf of MANUEL SORIANO; LUIS SORIANO, individually and as successor-in-interest on behalf of MANUEL SORIANO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a government entity; JONATHAN STRINGER, an individual; CHRISTOPHER CARR, an individual; and DOES 1 through 10,<br><br>Defendants. | Case No. CV 16-687 MRW<br><br>**[PROPOSED] JUDGMENT** |

IT IS HEREBY ADJUDGED, ORDERED and DECREED as follows:

After full consideration of Defendants' Motion for Summary Judgment and the Court's December 19, 2017 Order regarding the same, it is hereby ordered and adjudged as follows:

Judgment is entered in favor of Defendants City of Los Angeles and Christopher Carr as against Plaintiffs' claims in their entirety. Therefore, it is ORDERED, ADJUDGED AND DECREED that Plaintiffs Edith Menbreno and Luis Soriano take nothing on the Complaint against Defendants City of Los Angeles and Christopher Carr. Defendants City of Los Angeles and Christopher Carr are awarded judgment and are entitled to recover their costs as allowable under statute.

Dated: <u>December 22, 2017</u>

Honorable Michael R. Wilner
United States Magistrate Judge

[Proposed] Judgment [16-cv-00687 MRW]